## Williams-Wass, Yvonne

| | |
|---|---|
| **From:** | Andrew_Powell@scb.uscourts.gov |
| **Sent:** | Thursday, August 9, 2018 3:07 PM |
| **To:** | Mitchell Willoughby |
| **Cc:** | Robert F. Anderson; Byrd, Robert C.; Elizabeth Zeck; Laura Lee Andrews; Polk, Larry; Dalton, Lucy; Marilyn Gartley; Greenberg, Olga; Podris, A. Smith; Walker Humphrey; Williams-Wass, Yvonne |
| **Subject:** | RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw |

Counsel,

I spoke with Judge Waites briefly this afternoon about this matter. In regards to a request for the audio recording, Judge Waites stated that if the parties agree to relieve the seal in order to permit each side to have an audio recording of the sealed portion of the trial, then the parties may submit a proposed consent order for his consideration. If the parties cannot agree, then this should be raised at the hearing next week.

Also, Judge Waites indicated the he will not consider the requests to extend the deadline to submit the proposed order or to increase the permitted length. The Court has been clear of the length requirements and the deadline to submit the proposed orders since the close of trial as addressed in the May 29, 2018 order and the text order entered on July 3, 2018. Therefore, the parties are expected to submit their proposed orders (of no longer than 100 pages in length) by no later than August 13, 2018 at 5:00 PM EST.

Sincerely,
Andrew Powell

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina
(803) 765-5030
(803) 253-3464 (fax)

From:     Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>
To:       "'Andrew_Powell@scb.uscourts.gov'" <Andrew_Powell@scb.uscourts.gov>
Cc:       "Robert F. Anderson" <bob@andersonlawfirm.net>, "Byrd, Robert C." <bobbybyrd@parkerpoe.com>, Elizabeth Zeck <EZeck@Willoughbyhoefer.com>, "Polk, Larry" <larrypolk@eversheds-sutherland.com>, "Dalton, Lucy" <lucydalton@eversheds-sutherland.com>, Marilyn Gartley <marilyn@andersonlawfirm.net>, "Greenberg, Olga" <olgagreenberg@eversheds-sutherland.com>, Walker Humphrey <WHumphrey@Willoughbyhoefer.com>, "Williams-Wass, Yvonne" <yvonnewass@eversheds-sutherland.com>, "Podris, A. Smith" <smithpodris@parkerpoe.com>, Laura Lee Andrews <LAndrews@Willoughbyhoefer.com>
Date:     08/09/2018 02:04 PM
Subject:   RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

Andrew:

We appreciate the clarification provided by Ms. Podris, and it is most helpful to have the MK Defendants state that transcribing "the sealed proceeding into a sealed transcript is not an action by the Trustee that would support any of the arguments MK Defendants have made related to the attorney-client privilege "issues." Nevertheless, in regard to the MK Defendants' pending Motion to Open Sealed Portion of Trial Proceedings for Transcription Purposes, the Trustee respectfully requests that he be permitted to secure an audio copy of the sealed portion of the record to review. If the Trustee is permitted to secure the audio of the sealed portion of the record, the Trustee should be able to determine that attorney-client privilege issues are not implicated or to the extent that an attorney-client issue may be implicated in the sealed portion of the record, work with the MK Defendants' to determine if a resolution of their motion may be agreed to. Since the attorney-client privilege is the Trustee's to assert, we believe this proposed procedure may be most efficient and may lead to resolution of the MK Defendants' motion without having to use the Court's time. Please advise if the Trustee may

submit a request to the Clerk of Court to secure an audio copy of the sealed portion of the record of trial.

Second, in order to provide sufficient time for the Trustee to review the sealed transcript, and, if necessary, for the Court to address the motion should agreement not be achieved, the Trustee respectfully requests a delay of the filing of the post trial proposed orders by one week, setting the new filing date for Monday, August 20 at 5:00pm. Please advise if this request for an extension of time in which to file post trial proposed orders is acceptable to the Court.

Finally, the Court indicated that the parties should make reasonable efforts to limit their post-trial proposed orders to 100 pages. The Trustee respectfully requests that the page limit be extended to 135 pages. Obviously this request would extend to both parties. Please advise.

If there are any questions or if further information is needed, please let me know. Thank you and with warmest regards,

Mitch



Mitchell Willoughby, Esquire
**Willoughby & Hoefer, P.A.**
930 Richland Street (29201)
P.O. Box 8416
Columbia, SC 29202
(o) 803.252.3300 | (d) 803.771.2121
mwilloughby@willoughbyhoefer.com

**From:** Podris, A. Smith <smithpodris@parkerpoe.com>
**Sent:** Thursday, August 9, 2018 1:09 PM
**To:** 'Andrew_Powell@scb.uscourts.gov' <Andrew_Powell@scb.uscourts.gov>; Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>
**Cc:** Robert F. Anderson <bob@andersonlawfirm.net>; Byrd, Robert C. <bobbybyrd@parkerpoe.com>; Elizabeth Zeck <EZeck@Willoughbyhoefer.com>; Polk, Larry <larrypolk@eversheds-sutherland.com>; Dalton, Lucy <lucydalton@eversheds-sutherland.com>; Marilyn Gartley <marilyn@andersonlawfirm.net>; Greenberg, Olga <olgagreenberg@eversheds-sutherland.com>; Walker Humphrey <WHumphrey@Willoughbyhoefer.com>; Williams-Wass, Yvonne <yvonnewass@eversheds-sutherland.com>
**Subject:** RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

Andrew,

We were surprised by the Trustee's objection to our motion.  After reviewing Mr. Willoughby's email, we hope that a few clarifications may obviate the need for Tuesday's hearing.

First, MK Defendants do not seek any extension of time for the submission of our proposed order.  Our proposed order will be circulated to the Court and counsel for the Trustee no later than 5 p.m. on Monday.  When we filed our motion, we anticipated receiving the transcript with sufficient time to add the citation needed.  At this point, that will not happen, but the substance of our proposed order will not change based upon receipt of the transcription.  We will simply ask the Court's permission to "fill in the blank" of a citation once the transcript is received without changing the body of the order (in the same way that cites to the record are added to briefing after the record on appeal is prepared).  The purpose of the citation, of course, is simply to aid the Court's review of our proposed order.

Second, it appears the Trustee has misunderstood our intention with respect to the "sealed" status of the proceeding.  Our request for a transcript is not intended to "unseal" the proceeding, and our intention is to treat the transcript as a sealed transcript.  We agree and stipulate that the transcription of the sealed proceeding into a sealed transcript is not an action by the Trustee that would support any of the arguments MK Defendants have made related to the attorney-client privilege issues.

Importantly, we do not believe we are citing to any testimony over which the Trustee maintains a claim of privilege.  It is simply the

case that the testimony is contained within the sealed portion of the proceedings. Further, we note the Court's instructions regarding submission of the proposed orders only to the Court with copy to counsel for MK Defendants and counsel for the Trustee should eliminate any concerns the Trustee has regarding publication of that material, inasmuch as all of the Trustee's objections and arguments are still pending before the Court.

We hope that this simplifies the matter and avoids any unnecessary use of the Court's time. If the Court still wishes for us to appear on Tuesday, we will be happy to do so.

Thank you,
Smith

**From:** Andrew_Powell@scb.uscourts.gov [mailto:Andrew_Powell@scb.uscourts.gov]
**Sent:** Tuesday, August 07, 2018 12:11 PM
**To:** Mitchell Willoughby
**Cc:** Robert F. Anderson; Byrd, Robert C.; Elizabeth Zeck; Polk, Larry; Dalton, Lucy; Marilyn Gartley; Greenberg, Olga; Podris, A. Smith; Walker Humphrey; Williams-Wass, Yvonne
**Subject:** RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

Counsel,

As the motion is disputed, Judge Waites finds a hearing will be necessary on the motion to be scheduled next week on Tuesday, August 14, 2018 at 9:30 AM in Columbia. Judge Waites is aware that the resolution of the Motion may affect the parties' proposed orders. The proposed orders are still due on August 13, 2018; however, Judge Waites will consider additional opportunities to amend the proposed order at a later time depending on the outcome of the Motion.

Thanks,
AP

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina
(803) 765-5030
(803) 253-3464 (fax)

From:        Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>
To:          "Andrew_Powell@scb.uscourts.gov" <Andrew_Powell@scb.uscourts.gov>
Cc:          "Robert F. Anderson" <bob@andersonlawfirm.net>, "bobbybyrd@parkerpoe.com" <bobbybyrd@parkerpoe.com>, Elizabeth Zeck <EZeck@Willoughbyhoefer.com>, "Polk, Larry" <larrypolk@eversheds-sutherland.com>, "Dalton, Lucy" <lucydalton@eversheds-sutherland.com>, Marilyn Gartley <marilyn@andersonlawfirm.net>, "Greenberg, Olga" <olgagreenberg@eversheds-sutherland.com>, "Podris, A. Smith" <smithpodris@parkerpoe.com>, Walker Humphrey <WHumphrey@Willoughbyhoefer.com>, "Williams-Wass, Yvonne" <yvonnewass@eversheds-sutherland.com>
Date:        08/06/2018 04:48 PM
Subject:     RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

Andrew:

Please thank Judge Waites for his patience and for giving us an opportunity to respond to the MK Defendants' Motion to Open Sealed Portion of Trial Proceedings for Transcription Purposes. The Trustee respectfully objects to the Motion for the following reasons:

1.    The request is untimely. The portion of the record to which the MK Defendants refer was received by the Court on the last day of the trial, May 22, 2018. The MK Defendants and their counsel were present in the courtroom (I recall Mr. Meyers was voluntarily absent on that day) and heard all of the questions and answers for Mr. Cordell during the sealed portion of the record. The MK

Defendants have had this portion of the transcript since June 29, 2018, and approximately five weeks later, they now seek an order to open the record to transcribe that portion of the transcript. Further, they indicate that they need that portion of the trial transcript "to complete work on their proposed order to be submitted to the Court by the Court's August 13, 2018 deadline." They went to great lengths to secure an Order of the Court permitting them to recall Mr. Cordell. The Court granted their request over the objections of the Trustee. For the MK Defendants now to suggest that they just realized this portion of the transcript had not been transcribed belies belief, and suggests to us that the real motivation is further delay.

2.      As I recall, this portion of the record was sealed to protect against inadvertent disclosures of attorney-client privileged information. The Trustee is therefore concerned that the MK Defendants are simply using this request as yet another effort to invade the attorney-client privilege. Consequently, we are concerned that unsealing the record will result in yet another attorney-client waiver argument from the MK Defendants; thus, we respectfully object to unsealing the record on this ground as well.

Thank you for this opportunity to respond. If further information is required or if a formal response is requested for the official record, please advise. With warmest regards,



Mitchell Willoughby, Esquire
**Willoughby & Hoefer, P.A.**
930 Richland Street (29201)
P.O. Box 8416
Columbia, SC 29202
(o) 803.252.3300 | (d) 803.771.2121
mwilloughby@willoughbyhoefer.com

**From:** Andrew_Powell@scb.uscourts.gov <Andrew_Powell@scb.uscourts.gov>
**Sent:** Friday, August 3, 2018 2:10 PM
**To:** Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>
**Cc:** Robert F. Anderson <bob@andersonlawfirm.net>; bobbybyrd@parkerpoe.com; Elizabeth Zeck <EZeck@Willoughbyhoefer.com>; Polk, Larry <larrypolk@eversheds-sutherland.com>; Dalton, Lucy <lucydalton@eversheds-sutherland.com>; Marilyn Gartley <marilyn@andersonlawfirm.net>; Greenberg, Olga <olgagreenberg@eversheds-sutherland.com>; Podris, A. Smith <smithpodris@parkerpoe.com>; Walker Humphrey <WHumphrey@Willoughbyhoefer.com>; Williams-Wass, Yvonne <yvonnewass@eversheds-sutherland.com>
**Subject:** RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

Mitchell,

I will alert Judge Waites of your email.

Thanks
AP

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina
(803) 765-5030
(803) 253-3464 (fax)

From:      Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>
To:        "Andrew_Powell@scb.uscourts.gov" <Andrew_Powell@scb.uscourts.gov>
Cc:        "Robert F. Anderson" <bob@andersonlawfirm.net>, "bobbybyrd@parkerpoe.com" <bobbybyrd@parkerpoe.com>, Elizabeth Zeck <EZeck@Willoughbyhoefer.com>, "Polk, Larry" <larrypolk@eversheds-sutherland.com>, Marilyn Gartley <marilyn@andersonlawfirm.net>, "Greenberg, Olga" <olgagreenberg@eversheds-sutherland.com>, "Podris, A. Smith" <smithpodris@parkerpoe.com>, Walker Humphrey <WHumphrey@Willoughbyhoefer.com>,

"Williams-Wass, Yvonne" <yvonnewass@eversheds-sutherland.com>, "Dalton, Lucy" <lucydalton@eversheds-sutherland.com>
Date:        08/03/2018 01:38 PM
Subject:        RE: In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

---

Andrew:

I need until Monday morning to review the motion in full and discuss with the Trustee and our legal team any potential issues that may be raised by the motion. Please beg the Court's indulgence for me to provide the answer to your question below no later than Monday at 12:00 noon. Thank you in advance for the Court's and your consideration of this request. With warmest regards,



Mitchell Willoughby, Esquire
**Willoughby & Hoefer, P.A.**
930 Richland Street (29201)
P.O. Box 8416
Columbia, SC 29202
(o) 803.252.3300 | (d) 803.771.2121
mwilloughby@willoughbyhoefer.com

**From:** Andrew_Powell@scb.uscourts.gov <Andrew_Powell@scb.uscourts.gov>
**Sent:** Friday, August 3, 2018 9:31 AM
**Cc:** Robert F. Anderson <bob@andersonlawfirm.net>; bobbybyrd@parkerpoe.com; Elizabeth Zeck <EZeck@Willoughbyhoefer.com>; Laura Lee Andrews <LAndrews@Willoughbyhoefer.com>; Polk, Larry <larrypolk@eversheds-sutherland.com>; Marilyn Gartley <marilyn@andersonlawfirm.net>; Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>; Greenberg, Olga <olgagreenberg@eversheds-sutherland.com>; Podris, A. Smith <smithpodris@parkerpoe.com>; Walker Humphrey <WHumphrey@Willoughbyhoefer.com>; Williams-Wass, Yvonne <yvonnewass@eversheds-sutherland.com>; Dalton, Lucy <lucydalton@eversheds-sutherland.com>
**Subject:** In Re: Infinity Business Group, Inc., Adv. Proc. No. 12-80208-jw

Counsel,

Chambers has reviewed the Motion to Open Sealed Portion of Trial Proceedings for Transcription Purposes filed by the MK Defendants. The motion does not indicate whether the Trustee consents to the opening of the sealed portion of the trial proceedings for transcription purposes. If the Trustee consents, Judge Waites would prefer that this matter be addressed by a consent order of the parties. If the Trustee does not consent, Judge Waites will likely schedule a hearing next week on the motion.

Please advise if the Trustee consents, and if so, whether the parties can submit a proposed consent order on the matter.

Thanks,

Andrew Powell

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina

(803) 765-5030
(803) 253-3464 (fax)

Click here to report this email as spam.

---

**A Smith Podris**
Special Counsel



200 Meeting Street | Suite 301 | Charleston, SC 29401-3156
Office: 843.727.6312 | Fax: 843.727.2680 | vcard | map

Visit our website at
www.parkerpoe.com

**PRIVILEGED AND CONFIDENTIAL:** This electronic message and any attachments are confidential property of the sender. The information is intended only for the use of the person to whom it was addressed. Any other interception, copying, accessing, or disclosure of this message is prohibited. The sender takes no responsibility for any unauthorized reliance on this message. If you have received this message in error, please immediately notify the sender and purge the message you received. Do not forward this message without permission.