| | |
|---|---|
| **From:** | Mitchell Willoughby |
| **To:** | Andrew_Powell@scb.uscourts.gov |
| **Cc:** | bob@andersonlawfirm.net; Byrd, Robert C.; Elizabeth Zeck; Polk, Larry; Dalton, Lucy; Greenberg, Olga; Marilyn Gartley; Podris, A. Smith; Walker Humphrey; Williams-Wass, Yvonne; Laura Lee Andrews |
| **Subject:** | RE: Anderson v. Morgan Keegan & Co. et al., Adv. Pro No. 12-80208/Case No. 10-6335 \| Request for an extension - proposed findings of fact and conclusions of law |
| **Date:** | Tuesday, July 3, 2018 12:45:38 PM |

Andrew:

The Judge's instructions have been received and, of course, we will faithfully comply.

However, I wish to alert the Court to one potential issue from our team. While I do not seek any further extension at this time, I did want to alert the Court that two of our trial team members, Ms. Gartley and Ms. Zeck, have plans for vacations during the period of the additional two weeks granted at the request of the MK Defendants. Thus, if our work is not complete by the time Ms. Gartley and Ms. Zeck leave for vacation, then I may have to approach the Court for an additional week or until Monday, August 13 after they have returned to complete our post trial order and file same.

Again, we are working diligently to complete our work prior to them leaving for vacation, but I did want to inform the Court of the potential of a request for an additional short extension if needed.

Please advise if any further information is needed at this time, and we appreciate the Court's continued attention to this important case. With warmest regards,



Mitchell Willoughby, Esquire
**WILLOUGHBY & HOEFER, P.A.**
930 Richland Street (29201)
P.O. Box 8416
Columbia, SC 29202
(o) 803.252.3300 | (d) 803.771.2121
mwilloughby@willoughbyhoefer.com

**From:** Andrew_Powell@scb.uscourts.gov <Andrew_Powell@scb.uscourts.gov>
**Sent:** Monday, July 2, 2018 2:24 PM
**To:** Greenberg, Olga <olgagreenberg@eversheds-sutherland.com>
**Cc:** bob@andersonlawfirm.net; Byrd, Robert C. <bobbybyrd@parkerpoe.com>; Elizabeth Zeck <EZeck@Willoughbyhoefer.com>; Laura Lee Andrews <LAndrews@Willoughbyhoefer.com>; Polk, Larry <larrypolk@eversheds-sutherland.com>; Dalton, Lucy <lucydalton@eversheds-sutherland.com>; Marilyn Gartley <marilyn@andersonlawfirm.net>; Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>; Podris, A. Smith <smithpodris@parkerpoe.com>; Walker Humphrey <WHumphrey@Willoughbyhoefer.com>; Williams-Wass, Yvonne <yvonnewass@eversheds-sutherland.com>
**Subject:** Re: Anderson v. Morgan Keegan & Co. et al., Adv. Pro No. 12-80208/Case No. 10-6335 | Request for an extension - proposed findings of fact and conclusions of law

Counsel,

Judge Waites will grant a  two week extension for the parties to submit proposed orders to chambers (August 6, 2018). Further, the parties shall serve their proposed orders on opposing counsel at the same time that the proposed orders are submitted to chambers.

Sincerely,

Andrew Powell

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina
(803) 765-5030
(803) 253-3464 (fax)

| | |
|---|---|
| From: | "Greenberg, Olga" <olgagreenberg@eversheds-sutherland.com> |
| To: | "Andrew_Powell@scb.uscourts.gov" <Andrew_Powell@scb.uscourts.gov> |
| Cc: | Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>, "bob@andersonlawfirm.net" <bob@andersonlawfirm.net>, "Byrd, Robert C." <bobbybyrd@parkerpoe.com>, Elizabeth Zeck <EZeck@Willoughbyhoefer.com>, Laura Lee Andrews <LAndrews@Willoughbyhoefer.com>, "Polk, Larry" <larrypolk@eversheds-sutherland.com>, "Dalton, Lucy" <lucydalton@eversheds-sutherland.com>, Marilyn Gartley <marilyn@andersonlawfirm.net>, "Podris, A. Smith" <smithpodris@parkerpoe.com>, Walker Humphrey <WHumphrey@Willoughbyhoefer.com>, "Williams-Wass, Yvonne" <yvonnewass@eversheds-sutherland.com> |
| Date: | 06/29/2018 04:17 PM |
| Subject: | Re: Anderson v. Morgan Keegan & Co. et al., Adv. Pro No. 12-80208/Case No. 10-6335 | Request for an extension - proposed findings of fact and conclusions of law |

Andrew, just a quick update regarding the transcripts. We received the last 8 transcripts (2 yesterday and 6 today) from the court reporting service. Given the delay in the court reporting service's preparation of the transcripts (I believe the original estimate was 30 days after the end of trial) and in light of the holiday week next week, we would respectfully request a 2 week extension, until August 6, instead of the one I originally requested. We would also ask that all parties submit their post trial submissions on the same date, as required by Local Rule 7.10(B)4.  Thank you so much for the Court's consideration of this request.

Have a good weekend.

Olga Greenberg | Partner | T: +1.404.853.8274

On Jun 27, 2018, at 8:32 AM, "Andrew_Powell@scb.uscourts.gov" <Andrew_Powell@scb.uscourts.gov> wrote:

Mitch,

I am in receipt of your email. We are still investigating the transcription delays, and we appreciate your update that you have been advised that all transcripts will be ready by this Friday.

As to your request for delaying service of the Trustee's proposed order on counsel for MK Defendants until they have filed their order with the Court, Judge Waites will address that request if and when he has determined that an extension to submit the proposed orders is necessary.


Thanks

AP

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina
(803) 765-5030
(803) 253-3464 (fax)


From:      Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>

To:      "Andrew_Powell@scb.uscourts.gov" <Andrew_Powell@scb.uscourts.gov>

Cc:      "bob@andersonlawfirm.net" <bob@andersonlawfirm.net>, "Byrd, Robert C." <bobbybyrd@parkerpoe.com>, Elizabeth Zeck <EZeck@Willoughbyhoefer.com>, "Polk, Larry" <larrypolk@eversheds-sutherland.com>, "Dalton, Lucy <lucydalton@eversheds-sutherland.com>, Marilyn Gartley <marilyn@andersonlawfirm.net>, "Podris, A. Smith" <smithpodris@parkerpoe.com>, Walker Humphrey <WHumphrey@Willoughbyhoefer.com>, "Williams-Wass, Yvonne" <yvonnewass@eversheds-sutherland.com>, "Greenberg, Olga"

<olgagreenberg@eversheds-sutherland.com>, Laura Lee Andrews <LAndrews@Willoughbyhoefer.com>

Date:      06/26/2018 11:44 AM
Subject:      RE: Anderson v. Morgan Keegan & Co. et al., Adv. Pro No. 12-80208/Case No. 10-6335 | Request for an extension - proposed findings of fact and conclusions of law


Andrew:

Our office has spoken with the court reporting firm several times over the last 10 days, and on each occasion we have been informed that they are planning and are on schedule to complete the transcript of the entire trial and file same by Friday, June 29. Laura Lee spoke again with a representative yesterday and was informed that the intent was still to complete their work by June 29. If this schedule is in fact met, then the need for any additional time to file post trial orders as requested by Ms. Greenberg may not be necessary.

Nevertheless, should Ms. Greenberg still request additional time and if the Court decides to grant same, the Trustee would respectfully request that he be permitted to provide to chambers his post trial order when it is prepared if that date is before any newly set deadline, but delay providing a copy to the MK Defendants until the MK Defendants provide their post trial order to chambers. The procedure would be very simple. The Trustee would provide his post trial order to the Court when completed. I believe the Court wishes to have the post trial orders emailed to chambers in Word format. We would then immediately provide notice to the MK Defendants that the Trustee's post trial order has been delivered to the Court. Then, when the MK Defendants provide to chambers their post trial order, the Trustee would immediately provide to the MK Defendants a copy of his previously submitted post trial order.

Please let me know if there are any questions. Thank you and with warmest regards,

<mime-attachment.jpg>

Mitchell Willoughby, Esquire
**Willoughby & Hoefer, P.A.**
930 Richland Street (29201)
P.O. Box 8416
Columbia, SC 29202
(o) 803.252.3300 | (d) 803.771.2121
mwilloughby@willoughbyhoefer.com

**From:** Andrew_Powell@scb.uscourts.gov <Andrew_Powell@scb.uscourts.gov>
**Sent:** Tuesday, June 26, 2018 8:29 AM
**To:** Greenberg, Olga <olgagreenberg@eversheds-sutherland.com>
**Cc:** bob@andersonlawfirm.net; Byrd, Robert C. <bobbybyrd@parkerpoe.com>; Elizabeth Zeck
<EZeck@Willoughbyhoefer.com>; Laura Lee Andrews <LAndrews@Willoughbyhoefer.com>; Polk, Larry
<larrypolk@eversheds-sutherland.com>; Dalton, Lucy <lucydalton@eversheds-sutherland.com>; Marilyn Gartley
<marilyn@andersonlawfirm.net>; Mitchell Willoughby <MWilloughby@Willoughbyhoefer.com>; Podris, A.
Smith <smithpodris@parkerpoe.com>; Walker Humphrey <WHumphrey@Willoughbyhoefer.com>; Williams-
Wass, Yvonne <yvonnewass@eversheds-sutherland.com>
**Subject:** Re: Anderson v. Morgan Keegan & Co. et al., Adv. Pro No. 12-80208/Case No. 10-6335 | Request for an
extension - proposed findings of fact and conclusions of law

Counsel,

I have passed your message along to Judge Waites. He has gotten personally involved with the issue,
and has spoken with the Clerk of Court about the delay in the parties receiving the completed transcripts.
This is being investigated, and he will update you shortly once he learns more about how these
transcripts can be produced in a more expedited manner.

Sincerely,

Andrew Powell

Andrew A. Powell
Law Clerk to the Hon. John E. Waites
U.S. Bankruptcy Court for the District of South Carolina
(803) 765-5030
(803) 253-3464 (fax)

From:      "Greenberg, Olga" <olgagreenberg@eversheds-sutherland.com>
To:        "Andrew_Powell@scb.uscourts.gov" <Andrew_Powell@scb.uscourts.gov>
Cc:        "bob@andersonlawfirm.net" <bob@andersonlawfirm.net>, "Byrd, Robert C." <bobbybyrd@parkerpoe.com>, Elizabeth Zeck
<EZeck@Willoughbyhoefer.com>, "Polk, Larry" <larrypolk@eversheds-sutherland.com>, Laura Lee Andrews
<LAndrews@Willoughbyhoefer.com>, Marilyn Gartley <marilyn@andersonlawfirm.net>, Mitchell Willoughby
<MWilloughby@Willoughbyhoefer.com>, "Podris, A. Smith" <smithpodris@parkerpoe.com>, Walker Humphrey
<WHumphrey@Willoughbyhoefer.com>, "Williams-Wass, Yvonne" <yvonnewass@eversheds-sutherland.com>, "Dalton, Lucy"
<lucydalton@eversheds-sutherland.com>
Date:      06/25/2018 10:42 AM
Subject:   Anderson v. Morgan Keegan & Co. et al., Adv. Pro No. 12-80208/Case No. 10-6335 | Request for an extension - proposed
findings of fact and conclusions of law

Andrew - I write to update the Court on the status of our post-trial submissions and to request an extension. We ordered trial transcripts immediately after the conclusion of the trial but despite our repeated status inquiries to date and contact with the court reporting service, we have only received transcripts from 6 trial days. The court reporting company indicated to us that it cannot estimate the completion date although assuming we get one hearing day per day going forward (which has generally been the case thus far), we will not receive the complete transcript until
the week of July 13. Our proposed findings of fact and conclusions of law are currently due on July 22. Given the transcript delays and the complexity and likely length of these filings, I'm writing to request an extension until Thursday, August 30 to file the submissions.

Please let me know if there is any other information we can provide at this time. Thank you.

Olga Greenberg | Partner | T: +1.404.853.827

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.[attachment "image001.jpg" deleted by Andrew Powell/SCB/04/USCOURTS] [attachment "image002.jpg" deleted by Andrew Powell/SCB/04/USCOURTS] [attachment "image003.jpg" deleted by Andrew Powell/SCB/04/USCOURTS] [attachment "image004.jpg" deleted by Andrew Powell/SCB/04/USCOURTS] [attachment "image005.jpg" deleted by Andrew Powell/SCB/04/USCOURTS]

Click here to report this email as spam. [attachment "ATT00001.jpg" deleted by Andrew Powell/SCB/04/USCOURTS]